# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

October 20, 2020

Clerk, U.S. District Court
District of United States District Court for the Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re: Alexander Rosenstein, M.D. v. American Board of Orthopaedic Surgery, et al., Case No. 3:19–cv–01754–L–RBB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ J. Petersen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: