Mail - CASDdb_interdistricttransfer_casd - Outlook  https://outlook.office365.com/mail/interdistricttransfer_casd@casd.uscou...

